# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GREGORY JEFFREYS, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>NATIONWIDE GENERAL INSURANCE )<br>COMPANY, )<br>  )<br>    Defendant. )<br>  ) | No. 14-cv-2599-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed August 1, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion for Summary Judgment (ECF No. 65) filed July 6, 2016, all claims in this matter are DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 7, 2016
Date